UNITED STATES DISTRICT COURT • Eastern District of California

# United States District Court
# Eastern District of California

Michel De la Caridad ROSEL DIAZ

Plaintiff(s)

V.

WARDEN, CALIFORNIA CITY PROCESSING

Defendant(s)

Case Number: 1:26-cv-05680-KES-HBK

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, KRISTIN FIGUEROA-CONTRERAS hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Michel De la Caridad ROSEL DIAZ

On 05/15/2003 (date), I was admitted to practice and presently in good standing in the FLORIDA SUPREME COURT (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

______________________________________

______________________________________

Date: 7.12.2026

Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

Applicant's Name: KRISTIN FIGUEROA-CONTRERAS

Law Firm Name: FIGUEROA-CONTRERAS LAW GROUP

Address: 2030 S. Douglas Rd., Suite 204

City: CORAL GABLES State: FL Zip: 33134

Phone Number w/Area Code: 305-639-8599

City and State of Residence: FLORIDA

Primary E-mail Address: KRISTY@FIGUEROA-LAW.COM

Secondary E-mail Address: MIAMI@FIGUEROA-LAW.COM

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: NICOLETTE GLAZER

Law Firm Name: Law Offices of Larry R Glazer

Address: 2121 Avenue of the Stars, 8th Floor

City: Century City State: CA Zip: 90067

Phone Number w/Area Code: 310-407-5353 Bar # 209713

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 24, 2026

U.S. Magistarte Judge: Helena M. Barch-Kuchta

JUDGE, U.S. DISTRICT COURT